UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 15, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

XUZHENG ZHAO,

    Defendant.

Case No. 2:14-cr-00220-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>XUZHENG ZHAO</u>, Case No. <u>2:14-cr-00220-KJM</u> Charge <u>21 USC 846 AND 841(a)(1)</u>, from custody for the following reasons:

    ____ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ <u>45,000.00</u>

        _X_ Unsecured Appearance Bond $ <u>5,000.00</u>

        ____ Appearance Bond with 10% Deposit

        ____ Appearance Bond with Surety

        ____ Corporate Surety Bail Bond

        _X_ (Other): Co-signed Yang X. Zhao, Peifang Wy

Issued at Sacramento, California on September 15, 2014 at <u>2:10 pm</u>

By: <u>Carolyn Delaney</u>

Magistrate Judge Carolyn K. Delaney

Bond secured by property at 2705 Maplewood St./Stockton - paperwork to be filed w/in 2 weeks.