HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
Xuzheng Zhao

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>XUZHENG ZHAO,<br><br>        Defendant. | CASE NO. 2:14-CR-0220-KJM<br><br>STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DATE TO COMPLETE SECURED PORTION OF BOND |

**STIPULATION**

Defendant Xuzheng Zhao, by his attorney, Christopher Haydn-Myer, hereby requests that this Court sign this Proposed Order, ordering that Mr. Xuzheng Zhao's secured bond be posted by October 13, 2014.

The reason for the request is that on September 14, 2014, Mr. Xuzheng Zhao appeared before Magistrate Judge Carolyn K. Delaney for a detention hearing. The parties moved for release pursuant to the terms and conditions set forth in the Pre-Trial Services recommendation, and Mr. Zhao was released on a $45,000.00 secured bond that is to be co-signed by Jimmy Xu and

Zhi Ting Lou and a $5,000.00 unsecured bond to be co-signed by Yang Xi Zhao and Peifang Wu.  The parties were given two weeks to post the documentation for the secured bond (September 29, 2014).  Mr. Zhao was further ordered to surrender his passport and meet with the Pre-Trial Service Officer. [55]

All of the conditions of release have been met with the exception of the posting of the secured bond.  The posting of the secured bond requires five steps.  First, a Policy of Insurance of Record Title ("PIRT") is performed by Chicago Title.  Secondly, a recent appraisal is needed for the property that is being used as security.  Third, a new grant deed is completed.  Fourth, the documents are shown to the government.  Finally, the grant deed is filed in the same county as the location of the secured property. Presently, the PIRT has been completed, but the final four steps have not.

Jimmy Xu and Zhi Ting Lou are willing to post the property that is listed in the PIRT, 2725 Maplewood Street, Stockton, but the appraisal is not completed, as of today's date.  Counsel for Mr. Zhao believes that the appraisal will be completed this week, and the final documentation should be posted by October 13, 2014.  Assistant United States Attorney Michael D. McCoy is not opposing the modification.

///

///

The modification is as follows:

1. Mr. Xuzheng Zhao's $45,000.00 secured bond, to be co-signed by Jimmy Xu and Zhi Ting Lou, shall be posted with the Court by October 13, 2014.

DATED: September 29, 2014        HAYDN-MYER LAW OFFICE

/s/ Christopher Haydn-Myer
CHRISTOPHER HAYDN-MYER
Attorney for Xuzheng Zhao

**ORDER**

IT IS SO FOUND AND ORDERED this 29th of September, 2014.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE