HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
3785 Placer Corporate Drive, Suite 550
Rocklin, California 95765
Telephone: (916) 622-1703
Facsimile: (916) 644-1100
Email: chris@haydnlaw.com

Attorney for Defendant
XUZHENG ZHAO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>XUZHENG ZHAO,<br><br>   Defendant. | Cr. No. 2:14-cr-0220-KJM<br><br>STIPULATION AND ORDER RE: EXONERATION OF SECURED AND UNSECURED BAIL FOR FORMER DEFENDANT XUZHENG ZHAO |
|---|---|

  The United States of America, through its attorney of record, Ross Naughton, and former defendant XUZHENG ZHAO (Zhao), through his attorney, Christopher Haydn-Myer, hereby agree and stipulate to the exoneration of the secured and unsecured bail for former defendant Zhao.  The basis for this stipulation is as follows:

  1. Zhao appeared before District Judge Kimberly J. Muller on May 11, 2016, and he was sentenced. (Doc. 303)

  2. Mr. Zhao did not file an appeal, and his time for filing an appeal has lapsed.

3. Counsel for Zhao was recently contacted by Zhiting Luo, the person that posted their residence as part of Mr. Zhao's security bond, and informed that her residential property, located at 2725 Maplewood Street, Stockton, California 95210, was still being used as secured collateral for Mr. Zhao's release.

4. There is no need for the posted secured and unsecured bail to remain in effect.

Based on the foregoing, the undersigned parties agree and stipulate that the secured and unsecured bail on behalf of former defendant Zhao be exonerated.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: May 8, 2017 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | /s/ Ross Naughton<br>Ross Naughton<br>Assistant United States Attorney |
| DATED: May 8, 2017 | LAW OFFICE OF CHRISTOPHER HAYDN-MYER |
| | /s/ Christopher Haydn-Myer<br>CHRISTOPHER HAYDN-MYER<br>Attorney for Xuzheng Zhao |

///
///
///
///

Zhao's Stip. Proposed Order

**ORDER**

GOOD CAUSE APPEARING and based on the foregoing stipulation, it is hereby ordered that the secured and unsecured bail posted on behalf of former defendant Xuzheng Zhao is hereby exonerated.

**IT IS SO ORDERED.**

Dated: May 26, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Zhao's Stip. Proposed Order